# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153334

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DUC VAN NGUYEN,
      Defendant-Appellant.

SC: 153334
COA: 330122
Midland CC: 12-005140-FH

_____/

On order of the Court, the application for leave to appeal the February 26, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

d0123